IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO GOLLIDAY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 78), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

   On March 15, 2012 at 9:30 a.m., the defendant shall be released to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's Substance Abuse Treatment Program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) The Marshal shall release the defendant to a member of the Federal Public Defender's office for defendant's transport to Cornhusker Place.

4) The clerk shall provide a copy of this order to the Marshal.

DATED this 2nd day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge